# EXHIBIT A-2

# Exhibit I



**Dan Grandone** Mar 3

From  Dan Grandone · grandone8@gmail.com

To  Student 1

Cc  marshall ganz · marshallganz@me.com

Student 3

Ganz, Marshall · marshall_ganz@hks
.harvard.edu

Student 2

Teaching fellow

.com

Date  Mar 3, 2023, 11:46

Hi Students 1, 2, and 3:

I realize we are coming up to the start of class today. I have checked-in with Marshall and have a proposed way forward that involves us all hopefully getting what we want in moving through the weekend and making the most out of this learning experience. Can we check-in 15min before class today (the three of you and me) to get on the same page and be ready to start class at 1pm? I'll be in the Allison Dining room next to the main room waiting for you. Thanks.

Dan



Student 3                Mar 3

From    Student 3

To      Dan Grandone · grandone8@gmail.com
        Student 1

Cc      marshall ganz · marshallganz@me.com
        Ganz, Marshall · marshall_ganz@hks
        .harvard.edu
        Student 2

        Teaching fellow

Date    Mar 3, 2023, 11:55

Sure Dan. We will see you at 12:45.
Student 3

Get Outlook for iOS



Student 1        Mar 3

From   Student 1

To       Student 3

Cc       Dan Grandone · grandone8@gmail.com
          marshall ganz · marshallganz@me.com
          Ganz, Marshall · marshall_ganz@hks
          .harvard.edu
          Student 2

          Teaching fellow
          com

Date    Mar 3, 2023, 12:04

Also, if you can send the general direction of your suggestion we'll appreciate it.

We're meeting soon for lunch and it would be useful to know in advance what you have in mind so we can discuss it over lunch and come to the meeting with some prior knowledge...

Looking forward,
Student 1

# Exhibit J

# Harvard Affiliates Gather at Vigil to Mourn Palestinian Lives Lost



Dozens of Harvard affiliates gathered in front of Memorial Church Sunday evening for a vigil to mourn Palestinian lives lost in the Israeli-Palestinian conflict. By Julian J. Giordano

By Joyce E. Kim, Crimson Staff Writer

in 15 days

More than 40 Harvard affiliates gathered on the steps of Memorial Church on Sunday evening for a vigil to mourn the deaths of Palestinians in the Israeli-Palestinian conflict.

Organized by members of the Harvard College Palestine Solidarity Committee, the candlelit vigil comes roughly two weeks after a Feb. 22 Israeli Defense Forces raid in Nablus — a city in the West Bank — that killed 11 Palestinians and wounded more than 100.

During the vigil, attendees stood in a circle as they shared their personal reasons for mourning. Afterward, an organizer read out the names of some of the Palestinians killed in attacks in January, leaving a moment of silence after each name.

Joshua D. Willcox '23-'24, a PSC member who spoke at the vigil, said in an interview that he helped organize the vigil to honor the Palestinian lives lost to what he described as "an apartheid regime."

"The massacre of those 11 Palestinians was particularly horrific," Willcox said. "But it's almost a Palestinian being shot every day."

"It should be a vigil every day," Willcox added.

Nadine S. Bahour '22, former co-president of the PSC, said she found it "striking" and "heartwarming" to hear attendees' different backgrounds and reasons for coming to the vigil.

"It was also very heartwarming to see alumni from over 10 years ago come and share that this is something that they couldn't speak about — and no one dared speak about — at Harvard when they were students, and that now, this is something that we can do," Bahour said.

Willcox called on Harvard leadership to make a statement against Israel's presence in Palestine, rather than what he called "the usual pathetic weak stance that they take."

ADVERTISEMENT

"People don't want an expression of dismay at lives lost. That's what people suffering under this violence have heard for far too long — 'We're sorry,' 'This is a bad event,' and 'This is disgraceful' or whatever — and then they do nothing," Willcox said.

Bahour added that she believes Harvard has an "obligation to take an action" and "divest from Israeli apartheid."

Harvard spokesperson Jason A. Newton declined to comment on student criticisms at the vigil.

University President Lawrence S. Bacow will travel to Israel, Palestine, and Jordan later this month for one of his final international trips as Harvard's president.

Bahour said she hopes the vigil demonstrated to Palestinian students that they are supported on campus and inspires students who attended to take action.

"So many of the speakers were talking about hope and about doing something," Bahour said. "Every Harvard student should be doing something, and if they needed a reminder — which they shouldn't — but this is it."

Willcox called on Harvard affiliates to act in solidarity by flying the Palestinian flag "at Harvard and across the world" and honoring those who have died in the conflict.

"Palestinians living under apartheid do not attend Harvard, live in the United States, or reap the necessary freedom and platform which follows," Willcox said. "We do — some of us do — and solidarity means recognizing and acting upon those facts, upon our freedoms and our platforms."

—Staff writer Joyce E. Kim can be reached at joyce.kim@thecrimson.com.

# Exhibit K



# Exhibit L

**From:** Emily S Lin <pdp@comms.hks.harvard.edu>
**Sent:** Friday, May 12, 2023 17:01
**To:** Student 3
**Subject:** If not now, when? Update Your Information with the Practicing Democracy Project

View this email in your browser



1

Hello, friends-

*If I am not for myself, who will be for me? If I am for myself alone, what am I? If not now, when?*

These questions anchor our practices of leadership, public narrative, and organizing. With the launch of the **Practicing Democracy Project** at the HKS Center for Public Leadership, led by Marshall Ganz (Faculty Director) and Emily S Lin (Program Director), we've been able to organize ourselves - including our data! - and realize that over the past 20 years, over 11,000 people have participated in courses, workshops, trainings, and campaigns at Harvard and beyond as students, coaches, teaching fellows, and colleagues, exploring these questions and turning them into people, power, and change. Whether you are a course alum, a workshop participant, a campaign colleague, or just a "friend of Marshall" - we are grateful to be in touch with you and to have you as part of the Practicing Democracy Project community.

We now invite you to stand up and let us know how you are engaging in these and other crucial questions of leadership and organizing, and we ask you to begin by updating your information in our newly upgraded database system.

In your personal link below, you can view and update your current contact information, areas of work and interest, and, if applicable, a record of your participation in public narrative and organizing classes at Harvard.

**VIEW AND EDIT YOUR**

**INFO**

We invite you to update your profile and be counted as a part of the Practicing Democracy Project community. We are particularly interested in your current contact information and organizational affiliations, as well as in ensuring that we have accurate records of your participation in courses like Organizing: People, Power, Change / Leadership, Organizing, and Action; Public Narrative; Moral Leadership; Sociology 96/Community Action Research Project; Social Studies 98/Practicing Democracy, and more. These courses are listed at the bottom of the form, under "Practicing Democracy Project Course History."

Now is the time we need you to be for yourself, a crucial part of the "us" that helps us live into the principle that our power is in our people. In this form you will have the opportunity to let us know what organizations and movements you're part of and share other information that will help us connect people to each other in ways that are so needed in this moment.

As we close out the 2023 academic year, we have plenty to celebrate and much to continue to learn. We have reinvented MLD-377 as an intensive "courseshop," followed by a campaign coaching module, with the creative and pedagogical leadership of Sarah ElRaheb-Dagher, Predrag Stojicic, Toni Kokenis, and Jake Waxman, among many others. We have piloted a co-curricular program on race, restoration, and resilience, led by Abel Cano and Kortni Malone. We are beginning a new chapter in our practice-based research, examining questions of organizational structure, effectiveness, and self-governance with Yong Jung Cho, Liz McKenna, and many compatriots in both academia and practice. We continue to contribute to and learn from our friends and colleagues in the Leading Change Network, Ahel, Haiyya, Community Organizing Japan, WiLD, re:power, and others all over the world. And, of course, we are celebrating 80 trips around the sun with Marshall Ganz!

Please join us in concluding this season with a peak to remember – a flood of updates and commitments from each of you to be not just a record, not just a contact, but a person with a history, a present, a future – a story – and to share that story with all of us. And it starts with updating your profile.

We would appreciate your response by Friday, May 19.

Yours,
Emily and Marshall, on behalf of the Practicing Democracy Project

---

**Practicing Democracy Project**
**Center for Public Leadership**
**Harvard Kennedy School**
79 John F. Kennedy Street Cambridge, MA 02138 USA

**cpl.hks.harvard.edu/pdp**
ctr_public_leadership@hks.harvard.edu

© 2023 The President and Fellows of Harvard College



Unsubscribe or Update email preferences   |   Privacy



# Exhibit M

## MLD 377M: Organizing: People, Power, Change

A Practicum in Leadership, Organizing and Action

### Professor Marshall Ganz

Post-Course Reflection Paper
Submitted by: Student 3
March 12, 2023

*What did you learn about yourself as an organizer, a team member, and a leader?*

One important thing that I learned about *myself as an organizer* is that I am much better in 1X1 meetings with people that I selected in advance than with complete strangers that I happen to meet on the street. During the exercise on the last day, I found it challenging to "relate" my story to the "random" people I had meetings with. This is a place for growth that I plan to focus on.

As a *team member*, I realized that when I was dealing with a real "passion project" (my team's purpose and mission are very real and we are in this for the long term) it draws emotions and different perspectives. It was challenging at times, when I felt that the direction of our work was not completely resonating with me, but it was an opportunity to work on controlling emotions and finding ways to compromise and work collaboratively. In general, I think that whenever you are trying to organize people around shared values, you are likely to be very passionate about the issues which may lead to some conflict. I feel that this was a very unique experience that enabled practice on teamwork under pressure and time constraints, and an exercise in patience, listening and developing agreeable messages and strategies.

As a *team leader* I felt that I was able to act as a "connector" and "motivator". I did my best to support my team members and often served as the "coordinator" or "presenter" to the teaching team and other groups. This was an important task that I feel proud to have been able to fulfill (despite a medical emergency that I was going through during both weekends, experiencing significant pain).



*What did you learn about each other (your team members and peers) in the practicum?*

The experience at the practicum really reiterated the three very **different styles** each team member brought to the table. This was an opportunity to identify the strengths and weaknesses of our team members and accordingly assign tasks, delegate work and responsibilities and create norms and team expectations. This was a very important first step, taught to us by the teaching team, and I thought was very clever and useful. Initially (I'll admit) it seemed a bit useless (particularly the need to set norms between responsible adults) but as the work progressed and we experienced more pressure and workload, it started to make a lot more sense. Eventually, the appropriate delegation of responsibilities was very effective and contributed to our successful accomplishments of our goals and objectives.

On the **peer** (entire class) level, I found it intriguing how small "habits" or "activities" – hand clapping routines, grounding activities, keeping people accountable for breaching norms, etc. were very effective in creating a team environment, even in a relatively large group. At times, I felt that the big-group activities were not as useful and inclusive (fishbowls, etc.) to the entire group, and in some cases alienated some people.



*What did you learn about the practice of organizing?*

I was initially challenged with the **time constraints**. Being a perfectionist, it was difficult to generate "just OK" results. However, as we dove past the purpose statement and into strategy, I discovered that by accepting the limitation of time, I was able to be more focused, and eventually (in more rounds of work) achieved solid results. This enabled a clear **framework** with specific "call to actions" that I was able to articulate to potential constituents in my 1X1 meetings. It is a very powerful tool that I can now use for organizing future movements or organizations.

Finally, I realized that it takes a lot of **conviction and energy** to attract people to join you. It is not enough to simply have great objectives or believe in your purpose. Identifying with the message is necessary in order to buy-in to the "movement". It also requires **persistence** as well as **perseverance** (sometimes having to forgo sensitivities, ignore attempts to avoid you and develop a "Selective" hearing).



Exhibit N

- What did you learn about yourself as an organizer, a team member, and a leader?

I'll start by saying that I bring a lot of intention to the things I do. As an entrepreneur, this holds a lot of advantages, but what I learned through the course, and my interactions with Dan, that this passion is not always good for a student. While the course objective was to teach us to develop a methodology, I was very determined to not just choose an activity that would fit into the course model but actually work on something I'm passionate about and have full intention to execute. To some extent, this choice made it harder for me to practice the course methodology "as-is." There is a lesson here for me, which is that sometimes I might be better off coming with a state of mind that prioritizes the learning process and\or technique, rather than the substance itself, even if I'm passionate about it.

However, I do think that the implementation of the model and the very fast move from purpose to tactics and timeline on a subject that I'm truly passionate about and intend to execute allowed me also a deep understanding of the model as I experienced it on something that is very real for me - not simply academic.

Another lesson was the use of slides as a team leader\organizer. While the professor often used slides in his lectures, I was able to see people's reactions and their ability to connect through the slides he used. That made me reflect on myself as I hardly use slides when I lead something. However, when I lead a company, usually the context people have on me is quite rich. But in the activity of organizing people, on many occasions, there are large groups of people you'll only meet once (campaigns, etc.). That made me think that I should be more accurate in understanding who my audience is and how much I know about them and them about me. As many people connect to different things, I should not assume that my ability to connect with a random group of people will be equal to that of connecting to my core team, and therefore, I should use the broadest set of tools in order to be able to connect to a large diversity of people.

Commented [1]: [Student] thanks for sharing your reflections. The hope in this course was to ideally be able to prioritize both the learning and something substantive that you and your team could dive into. It seemed like you were eventually able to do that with the strategy and campaign you developed. No?

But agree, my sense is that you were so narrowly focused on the initial project YOU wanted to work on that it made it challenging at the beginning to both be open to the learning and maybe to get your other two teammates on board. Wondering if there are some learnings here to carry forward?

Commented [2]: Good to hear.

Commented [3]: Curious if there was more you might have learned about connecting with your audience/your people through the organizing practices that were introduced? Any takeaways around the use of public narrative (story of self, us & now) or anything else you found in the course that enabled people to connect, even with a random group of people?

- What did you learn about each other (your team members and peers) in the practicum?

What was very interesting for me to learn is that even with people you supposedly know, when you start zooming into things, you find out that you might have disagreements in a variety of ways. To this, I found the mentoring state of mind that we learned on the 1:1 of asking questions really helpful and productive, as it allows you not to assume but actually understand an alternative angle to interpret reality.

> Commented [4]: Do you meaning "coaching" here? Any particular types of questions that you found most helpful in the coaching you gave or received that opened up some "alternative angles in interpreting reality"?

Another realization with regard to my peers in the smaller group (with Dan) was how important they are for the learning process. Seeing each one of the projects in our group develop and grow to become so much more than it was on day one was amazing and inspiring. By seeing their growth, I was able to absorb much more content as I saw the same practices that we learned being implemented not only in my group but also in there, which was lovely as, more often than not, hearing their understanding of the model taghut me more than doing everything on my own.

> Commented [5]: Good takeaway. Any thoughts on how you might find ways to incorporate this learning into your work going forward?

- What did you learn about the practice of organizing?

One central thing I learnt and is very valuable is that sometimes things that seem to be very intuitive and almost organic are actually a form of art with so much need for professionality. It may sound granted and obvious, but in my homeland - we don't have a role of an organizer. Only when I arrived here, I learned that this is a real position and expertise that people hold, which is one of the main reasons I wanted to join the course. This practice requires structure and methodology that allows people to not feel like participants but like owners of the process.

> Commented [6]: Yes, organizing is a craft. Good to hear this was an opportunity to reflect on what you may do intuitively and make it more explicit as you think about your own leadership practice. Assuming there are many organizers in your homeland, who may not call themselves that, going way back in time;)
>
> Good to have you in the class, Student 1
>
> Dan
>
> Paper Grade: B
> Final Course Grade: B+

## Student 1

I agree very much with Dan's comments. In a learning context, keeping such a narrow focus on what matters most for you can actually marginalize others, who, given some relational work, actually become engaged participants in your campaign. Instead of enhancing your power it can diminish it when you are so tightly focused as to make it much harder to learn.

Good luck. I hope you find a constructive pathway for your energy and commitment.

Marshall