UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| The Louis D. Brandeis Center for Human Rights Under Law and Jewish Americans for Fairness in Education,<br><br>**Plaintiffs,**<br><br>v.<br><br>President and Fellows of Harvard College,<br><br>**Defendant.** | Case No. |

## CORPORATE DISCLOSURE STATEMENT

Plaintiffs The Louis D. Brandeis Center, Inc. ("Brandeis Center") and Jewish Americans for Fairness in Education ("JAFE") disclose the following information for the limited purpose of complying with Rule 7.1 of the Federal Rules of Civil Procedure: The undersigned certifies that neither the Brandeis Center nor JAFE have parent corporations and no publicly held corporation owns 10% or more of either party.

May 22, 2024

Boston, Massachusetts

Respectfully Submitted,

*/s/ Rebecca Sivitz*

Kenneth L. Marcus (*pro hac vice application forthcoming*)
L. Rachel Lerman (*pro hac vice application forthcoming*)
**THE LOUIS D. BRANDEIS CENTER
FOR HUMAN RIGHTS UNDER LAW**

1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (202) 559-9296
klmarcus@brandeiscenter.com
rlerman@brandeiscenter.com

Jonathan D. Polkes (*pro hac vice application forthcoming*)
Rebecca Sivitz (BBO # 684347)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Jonathan.Polkes@weil.com
Rebecca.Sivitz@weil.com

Jason Torchinsky (*pro hac vice forthcoming*)
Jonathan Lienhard (*pro hac vice forthcoming*)
John Cycon (*pro hac vice forthcoming*)
Erielle Davidson (*pro hac vice forthcoming*)
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC**
2300 N Street NW, Suite 643A
Washington, DC 20037
Tel: (202) 737-8808
jtorchinsky@holtzmanvogel.com
jlienhard@holtzmanvogel.com
jcycon@holtzmanvogel.com
edavidson@holtzmanvogel.com

Mohammad O. Jazil (*pro hac vice forthcoming*)
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC**
119 S. Monroe Street, Ste 500
Tallahassee, Florida 32301
Tel: (850) 270-5938
mjazil@holtzmanvogel.com

Jonathan Vogel (*pro hac vice forthcoming*)
**VOGEL LAW FIRM PLLC**
6000 Fairview Road
South Park Towers, Suite 1200
Charlotte, North Carolina 28210
Tel: (704) 552-3750
jonathan.vogel@vogelpllc.com

Douglas Brooks (BBO #636697)
**LIBBY HOOPES BROOKS & MULVEY P.C.**
260 Franklin Street, Suite 1920
Boston, Massachusetts 02110
Tel: (617) 338-9300
dbrooks@lhbmlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 22, 2024.

*/s/ Rebecca Sivitz*
Rebecca Sivitz (BBO #684347)