UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| The Louis D. Brandeis Center for Human Rights Under Law and Jewish Americans for Fairness in Education,<br><br>Plaintiffs,<br><br>v.<br><br>President and Fellows of Harvard College,<br><br>Defendant. | Case No. 1:24-cv-11354-RGS |

### PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Pursuant to Local Rule 7.1(b)(3), Plaintiffs The Louis D. Brandeis Center for Human Rights Under Law and Jewish Americans for Fairness in Education respectfully seek leave of this Court to submit the attached Request for Judicial Notice in support of Plaintiffs' opposition to Defendant President and Fellows of Harvard College's motion to dismiss the Complaint.

Plaintiffs recently discovered new information related to the prosecutions of the alleged perpetrators of the assault referenced in the Complaint (*see* Compl. ¶¶ 117-25, 157, 159), and concerning the police investigation referenced by Harvard in its briefs in support of its motion to dismiss, *see, e.g.*, ECF No. 48 at 3-4, 16-17; ECF No. 58 at 2-4.

On October 8, 2024, Plaintiffs provided this motion to Harvard and sought their consent to the motion. On October 10, Harvard informed Plaintiffs that it will oppose this motion.

October 11, 2024
Boston, Massachusetts

Respectfully Submitted,

*/s/ Jonathan D. Polkes*

Kenneth L. Marcus (admitted *pro hac vice*)
L. Rachel Lerman (admitted *pro hac vice*)
**THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW**
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (202) 559-9296
klmarcus@brandeiscenter.com
rlerman@brandeiscenter.com

Jason Torchinsky (admitted *pro hac vice*)
Jonathan Lienhard (admitted *pro hac vice*)
John Cycon (admitted *pro hac vice*)
Erielle Davidson (admitted *pro hac vice*)
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC**
2300 N Street NW, Suite 643A
Washington, DC 20037
Tel: (202) 737-8808
jtorchinsky@holtzmanvogel.com
jlienhard@holtzmanvogel.com
jcycon@holtzmanvogel.com
edavidson@holtzmanvogel.com

Mohammad O. Jazil (admitted *pro hac vice*)
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC**
119 S. Monroe Street, Ste 500
Tallahassee, Florida 32301
Tel: (850) 270-5938
mjazil@holtzmanvogel.com

Jonathan Vogel (admitted *pro hac vice*)
**VOGEL LAW FIRM PLLC**
6000 Fairview Road
South Park Towers, Suite 1200
Charlotte, North Carolina 28210
Tel: (704) 552-3750
jonathan.vogel@vogelpllc.com

Jonathan D. Polkes (admitted *pro hac vice*)
Jared R. Friedmann (admitted *pro hac vice*)
Rebecca Sivitz (BBO # 684347)
Shai Berman (*pro hac vice* forthcoming)
Milana Bretgoltz (*pro hac vice* forthcoming)
Daniel M. Lifton (*pro hac vice* forthcoming)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Jonathan.Polkes@weil.com
Jared.Friedmann@weil.com
Rebecca.Sivitz@weil.com
Shai.Berman@weil.com
Milana.Bretgoltz@weil.com
Daniel.Lifton@weil.com

Alli G. Katzen (*pro hac vice* forthcoming)
**WEIL GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Ste #1200
Miami, FL 33131
Tel: 305-577-3163
Alli.Katzen@weil.com

Douglas Brooks (BBO #636697)
**LIBBY HOOPES BROOKS & MULVEY P.C.**
260 Franklin Street, Suite 1920
Boston, Massachusetts 02110
Tel: (617) 338-9300
dbrooks@lhbmlegal.com

## Certificate of Service

I hereby certify that on October 11, 2024, I caused this document to be filed through the CM/ECF system, with a notice and copy of this filing sent electronically to the registered participants as identified on the Notice of Electronic Filing, as well as by e-mail to all parties.

*/s/ Jonathan D. Polkes*
Jonathan D. Polkes (*pro hac vice*)
