IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW and JEWISH AMERICANS FOR FAIRNESS IN EDUCATION,<br><br>       Plaintiffs,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>       Defendant. | Case No. 1:24-cv-11354-RGS |

**DEFENDANT'S ASSENTED TO MOTION
TO EXTEND TIME TO ANSWER PLAINTIFFS' COMPLAINT**

Pursuant to Local Rule 7.1(b), Defendant President and Fellows of Harvard College ("Harvard") respectfully requests a modest extension of time in which to file its Answer to Plaintiffs' Complaint (Dkt. 1). Harvard's Answer is currently due on Tuesday, November 19, 2024. While Harvard is working diligently to complete its Answer, Harvard believes that additional time is necessary to address the volume and scope of the allegations in the Complaint, which is 70 pages long and includes 241 paragraphs of allegations. Dkt. 1. Due to these features of Plaintiffs' Complaint, as well as professional and personal obligations of Harvard and its counsel (including the upcoming Thanksgiving holiday), Harvard requests that it be permitted to file its Answer by Tuesday, December 10, 2024. This extension will not otherwise affect the schedule entered by the Court (Dkt. 75). Undersigned counsel conferred with counsel for Plaintiffs on November 8, 2024, and Plaintiffs consent to the requested extension.

WHEREFORE, Harvard respectfully requests that the Court grant its motion for an extension of the time to file its Answer to Plaintiffs' Complaint.

DATED:  November 11, 2024

Respectfully Submitted,

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

By its attorneys,

/s/ Felicia H. Ellsworth

| | |
|---|---|
| Mark A. Kirsch (*pro hac vice*) | Felicia H. Ellsworth, BBO #665232 |
| KING & SPALDING LLP | WILMER CUTLER PICKERING |
| 1185 Avenue of the Americas |   HALE AND DORR LLP |
| 34th Floor | 60 State Street |
| New York, NY 10036 | Boston, MA 02109 |
| mkirsch@kslaw.com | Tel:  (617) 526-6000 |
| Tel: (212) 790-5329 | Fax: (617) 526-5000 |
| Fax: (212) 556-2222 | felicia.ellsworth@wilmerhale.com |
| | |
| | Seth P. Waxman (*pro hac vice*) |
| | Bruce M. Berman (*pro hac vice*) |
| | Jeremy W. Brinster (*pro hac vice*) |
| | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 2100 Pennsylvania Avenue NW |
| | Washington, DC 20037 |
| | Tel:  (202) 663-6000 |
| | Fax: (202) 663-6363 |
| | seth.waxman@wilmerhale.com |
| | bruce.berman@wilmerhale.com |
| | jeremy.brinster@wilmerhale.com |

**LOCAL RULE 7.1 CERTIFICATION**

In accordance with Local Rule 7.1(a), the undersigned hereby certifies that on November 8, 2024, counsel for Harvard conferred with counsel for Plaintiffs, and Plaintiffs consent to this Motion.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2024, I caused this document to be filed through the CM/ECF system, where it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth