**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW and JEWISH AMERICANS FOR FAIRNESS IN EDUCATION,<br><br>                                        Plaintiffs,<br><br>v.<br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br>                                        Defendant. | Case No. 1:24-cv-11354-RGS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs the Louis D.

Brandeis Center for Human Rights Under Law and Jewish Americans for Fairness in Education,

and Defendant President and Fellows of Harvard College, hereby stipulate that this action and all

claims asserted herein are dismissed with prejudice.  A press release containing details of the

Parties' agreement is attached as an exhibit to this Stipulation.

Dated:  January 21, 2025                    Respectfully submitted,

By: */s/ Felicia H. Ellsworth*            By: */s/ Jonathan D. Polkes*

Felicia H. Ellsworth, BBO #665232          Jonathan D. Polkes*
**WILMER CUTLER PICKERING**                Jared R. Friedmann*
   **HALE AND DORR LLP**                   Rebecca Sivitz, BBO #684347
60 State Street Boston, MA 02109           Shai Berman*
Tel: (617) 526-6000                        Milana Bretgoltz*
Fax: (617) 526-5000                        Daniel M. Lifton*
felicia.ellsworth@wilmerhale.com           **WEIL, GOTSHAL & MANGES LLP**
                                           767 Fifth Avenue
Seth P. Waxman*                            New York, New York 10153

Bruce M. Berman*
Jeremy W. Brinster*
**WILMER CUTLER PICKERING**
  **HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
bruce.berman@wilmerhale.com
jeremy.brinster@wilmerhale.com

Mark A. Kirsch*
**KING & SPALDING LLP**
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Tel: (212) 790-5329
Fax: (212) 556-2222
mkirsch@kslaw.com

*Attorneys for Defendant*


\* Admitted *pro hac vice*

Tel: (212) 310-8000
Jonathan.Polkes@weil.com
Jared.Freidmann@weil.com
Rebecca.Sivitz@weil.com
Shai.Berman@weil.com
Milana.Bretgoltz@weil.com
Daniel.Lifton@weil.com

Alli G. Katzen*
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Ste #1200
Miami, Florida, 33131
Tel: (305) 557-3163
Alli.Katzen@weil.com

Kenneth L. Marcus*
L. Rachel Lerman*
**THE LOUIS D. BRANDEIS CENTER, INC.**
1717 Pennsylvania Avenue NW, Ste 1025
Washington, DC 20006
Tel: (202) 559-9296
klmarcus@brandeiscenter.com
rlerman@brandeiscenter.com

Jason Torchinsky*
Jonathan Lienhard*
John Cycon*
Erielle Davidson*
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC**
2300 N Street NW, Suite 643A
Washington, DC 20037
Tel: (202) 737-8808
jtorchinsky@holtzmanvogel.com
jlienhard@holtzmanvogel.com
jcycon@holtzmanvogel.com
edavidson@holtzmanvogel.com

Mohammad O. Jazil*
Mark I. Pinkert*
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC**
119 S. Monroe Street, Ste 500
Tallahassee, Florida 32301
Tel: (850) 270-5938

mjazil@holtzmanvogel.com
mpinkert@holtzmanvogel.com

Jonathan Vogel*
**VOGEL LAW FIRM PLLC**
6000 Fairview Road
South Park Towers, Suite 1200
Charlotte, North Carolina 28210
Tel: (704) 552-3750
jonathan.vogel@vogelpllc.com

Douglas Brooks (BBO #636697)
**LIBBY HOOPES BROOKS &
MULVEY P.C.**
260 Franklin Street, Suite 1920
Boston, Massachusetts 02110
Tel: (617) 338-9300
dbrooks@lhbmlegal.com

*Attorneys for Plaintiffs*

\* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2025, I caused this document to be filed through the CM/ECF system, where it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth